WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                    #222193
2445 M Street, N.W.
Washington, D.C.  20037-1420

BAKER, MANOCK & JENSEN
Robert D. Wilkinson                  #100478
Joshua S. Daniels                    #222928
5260 North Palm Avenue, Suite 421
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                    #090907
701 Pollasky Avenue
Clovis, CA  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, ) a Washington corporation, ) THE SUSAN NEILL COMPANY, ) a California corporation, ) LUCAS BROS. PARTNERSHIP, ) a California Partnership, ) ) Plaintiffs, ) ) v. ) ) THE CALIFORNIA TABLE ) GRAPE COMMISSION, ) ) Defendant. ) _____) | Case No. CV-F-96-6053 OWW DLB STIPULATED REVISED SCHEDULE AND PROPOSED ORDER |

WHEREAS on June 22, 2005, the parties to this action submitted a joint scheduling proposal;

1

WHEREAS counsel for Plaintiffs sought an extension of the August 22, 2005 deadline for supplementation of discovery responses in light of his participation in a trial in another case and counsel for Defendant agreed to a two week extension of that deadline; and

WHEREAS the parties have agreed to the following revised schedule;

IT IS HEREBY STIPULATED by the parties to this action, through their respective attorneys of record, that the following revised schedule be adopted by the Court:

| Event | Original Date | Revised Date |
| --- | --- | --- |
| Supplementation of Written Discovery Responses in Light of Intervening Events or Decisions | August 22, 2005 | September 6, 2005 |
| Disclosure of Expert Witnesses | September 9, 2005 | September 23, 2005 |
| Supplemental Expert Disclosures | September 23, 2005 | October 7, 2005 |
| Close of All Discovery | October 14, 2005 | October 28, 2005 |
| Parties To Exchange Proposed Statements of Undisputed Fact and To Confer re the Proposed Statements | October 28, 2005 | November 23, 2005 |
| Proposed Statements of Undisputed Fact Filed with the Court | November 11, 2005 | December 6, 2005 |
| Motions for Summary Judgment Filed | December 19, 2005 | January 13, 2006 |
| Oppositions to Motions for Summary Judgment | January 23, 2006 | February 10, 2006 |
| Replies to Motions for Summary Judgment | February 6, 2006 | February 24, 2006 |

IT IS FURTHER STIPULATED that the parties address the following issues, if necessary, only after the Court has ruled on any summary judgment motion or motions filed by the parties: (1) the schedule for addressing the affirmative defenses raised by the Commission in its Amended Answers to the Second Amended Complaints; and (2) the schedule for pre-trial motions and a trial, including issues such as whether the trial should be bifurcated in any way.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | August 26, 2005 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Seth P. Waxman<br>Randolph D. Moss<br>Todd Zubler<br>Brian M. Boynton<br><br>BAKER, MANOCK & JENSEN<br>Robert D. Wilkinson<br>Joshua S. Daniels<br><br>By   /S/ Brian M. Boynton<br>         _____<br>         Brian M. Boynton<br><br>Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION |
| Dated: | August 26, 2005 | LAW OFFICES OF BRIAN C. LEIGHTON<br><br>By   /S/ Brian C. Leighton (as authorized 8-26-05)<br>         _____<br>         Brian C. Leighton<br><br>Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP |

**ORDER**

IT IS SO ORDERED.

Dated: __August 31, 2005

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
United States District Judge

US1DOCS 5257963v2

PDF created with pdfFactory trial version www.pdffactory.com