WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                    #222193
2445 M Street, N.W.
Washington, D.C.  20037-1420

BAKER, MANOCK & JENSEN
Robert D. Wilkinson                 #100478
Joshua S. Daniels                   #222928
5260 North Palm Avenue, Suite 421
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION


LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                   #090907
701 Pollasky Avenue
Clovis, CA  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, ) <br> a Washington corporation, ) <br> THE SUSAN NEILL COMPANY, ) <br> a California corporation, ) <br> LUCAS BROS. PARTNERSHIP, ) <br> a California Partnership, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CALIFORNIA TABLE ) <br> GRAPE COMMISSION, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CV-F-96-6053 OWW DLB <br><br> STIPULATED REVISION TO SCHEDULE AND PROPOSED ORDER |

   WHEREAS on August 26, 2005, the parties to this action submitted a revised joint scheduling proposal, which further modified the dates originally set in the Court's January 4, 2005 scheduling order;

   WHEREAS on August 31, 2005, the Court adopted the proposed revised schedule;

1

US1DOCS 5347026v1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the revised schedule calls for the parties to exchange proposed Statements of
2  Undisputed Fact and to begin conferring regarding the proposed Statements by November 23, 2005
3  and to submit to the Court any Statements of Undisputed Fact about which they agree by December
4  6, 2005;

5  WHEREAS the revised schedule provides that motions for summary judgment are to be filed
6  on January 13, 2005;

7  WHEREAS the parties believe it would be more efficient to confer regarding undisputed
8  facts closer in time to the filing of motions for summary judgment and to submit any Statements of
9  Undisputed Facts about which they agree simultaneously with their motions for summary judgment
10 as provided by Local Rule 56-260; and

11  WHEREAS the parties have agreed to the following revisions to the current schedule;

12  IT IS HEREBY STIPULATED by the parties to this action, through their respective
13 attorneys of record, that the following revisions be adopted by the Court:

| Event | Revised Date |
| --- | --- |
| Parties To Exchange Proposed Statements of Undisputed Fact and To Confer re the Proposed Statements | December 21, 2005 |
| Proposed Statements of Undisputed Fact Filed with the Court | January 13, 2006 |

Dated:       October 26, 2005        WILMER CUTLER PICKERING
                                     HALE AND DORR LLP
                                     Seth P. Waxman
                                     Randolph D. Moss
                                     Todd Zubler
                                     Brian M. Boynton

                                     BAKER, MANOCK & JENSEN
                                     Robert D. Wilkinson
                                     Joshua S. Daniels


                                            /s/ Brian M. Boynton
                                     By   _____
                                            Brian M. Boynton

2

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

Dated:        October 26, 2005            LAW OFFICES OF BRIAN C. LEIGHTON

By     /s/ Brian C. Leighton (as authorized 10-26-05)
       _____
       Brian C. Leighton

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

**ORDER**

IT IS SO ORDERED.

Dated: 10/26/05_____          /s/Oliver W. Wanger
_____
                                        Oliver W. Wanger
                                        United States District Judge

3

US1DOCS 5347026v1

PDF created with pdfFactory trial version www.pdffactory.com