WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                    #222193
2445 M Street, N.W.
Washington, D.C. 20037-1420

BAKER, MANOCK & JENSEN
Robert D. Wilkinson                  #100478
Joshua S. Daniels                    #222928
5260 North Palm Avenue, Suite 421
Fresno, California 93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                    #090907
701 Pollasky Avenue
Clovis, California 93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, THE SUSAN NEILL COMPANY, a California corporation, LUCAS BROS. PARTNERSHIP, a California Partnership, <br><br>        Plaintiffs, <br><br>    v. <br><br>THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br>        Defendant. | Case No. CV-F-96-6053 OWW DLB <br><br> STIPULATED REVISION TO SCHEDULE AND ORDER |

WHEREAS on June 22, 2005, the parties to this action submitted a Joint Status Report setting forth a proposed schedule for resumption of the litigation following the Supreme Court's decision in *Johanns v. Livestock Marketing Ass'n*, 125 S. Ct. 2055 (2005);

1

WHEREAS on August 26, 2005, the parties submitted a revised joint scheduling proposal, which was adopted by the Court in an order dated August 31, 2005;

WHEREAS on October 26, 2005, the parties submitted a proposed revision to the date for exchanging statements of undisputed facts, which was adopted by the Court in an order dated that day;

WHEREAS the current schedule calls for the parties to exchange statements of undisputed facts on December 21, 2005, to file motions for summary judgment on January 13, 2006, to file oppositions to motions for summary judgment on February 10, 2006, and to file replies in support of motions for summary judgment on February 24, 2006;

WHEREAS professional commitments of counsel for the Commission and commitments of witnesses have made adherence to the current schedule difficult; and

WHEREAS counsel for the parties have conferred and agree that a four-week extension of the current schedule will facilitate an effective exchange and discussion regarding proposed statements of undisputed facts and effective briefing of a motion or motions for summary judgment;

IT IS HEREBY STIPULATED by the parties to this action, through their respective attorneys of record, that the following revisions be adopted by the Court:

| Event | Revised Date |
|---|---|
| Parties To Exchange Proposed Statements of Undisputed Facts and To Confer re the Proposed Statements | January 18, 2006 |
| Proposed Statements of Undisputed Facts Filed with the Court | February 10, 2006 |
| Motions for Summary Judgment Filed | February 10, 2006 |
| Oppositions to Motions for Summary Judgment | March 10, 2006 |
| Replies to Motions for Summary Judgment | March 24, 2006 |

US1DOCS 5437329v1

| | | |
|---|---|---|
| Dated: | December 20, 2005 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Seth P. Waxman<br>Randolph D. Moss<br>Todd Zubler<br>Brian M. Boynton |

BAKER, MANOCK & JENSEN
Robert D. Wilkinson
Joshua S. Daniels

By   /s/ Brian M. Boynton
     _____
     Brian M. Boynton

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

Dated:      December 20, 2005            LAW OFFICES OF BRIAN C. LEIGHTON

By   /s/ Brian C. Leighton (as authorized 12-20-05)
     _____
     Brian C. Leighton

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

**ORDER**

IT IS SO ORDERED.

Dated: ___December 26, 2005                    /s/ OLIVER W. WANGER_____
       _____
                                               Oliver W. Wanger
                                               United States District Judge

US1DOCS 5437329v1