WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                    #222193
2445 M Street, N.W.
Washington, D.C.  20037-1420

BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson                  #100478
Fig Garden Financial center
5260 North Palm Avenue, Fourth Floor
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                    #090907
701 Pollasky Avenue
Clovis, California  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and
LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY,<br>a Washington corporation,<br>THE SUSAN NEILL COMPANY,<br>a California corporation,<br>LUCAS BROS. PARTNERSHIP,<br>a California Partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE CALIFORNIA TABLE<br>GRAPE COMMISSION,<br><br>　　　　　　　Defendant. | Case No. CV-F-96-6053 OWW DLB<br><br>STIPULATION AND  ORDER<br>MODIFYING DATES AND EXTENDING<br>PAGE LIMITS |

1

PDF created with pdfFactory trial version www.pdffactory.com

1       WHEREAS Defendant the California Table Grape Commission intends to file a motion for

2   summary judgment raising a number of constitutional defenses to Plaintiffs' First Amendment

3   challenge to the Ketchum Act;

4       WHEREAS Plaintiffs may file a cross-motion for summary judgment on their First

5   Amendment claims;

6       WHEREAS the current schedule calls for the parties to file motions for summary judgment

7   on February 10, 2006, oppositions to motions for summary judgment on March 10, 2006, and replies

8   in support of motions for summary judgment on March 24, 2006;

9       WHEREAS professional and personal commitments of counsel for Plaintiffs have made

10   adherence to the current schedule difficult;

11       WHEREAS counsel for the parties have conferred and agree that a two-week extension of

12   the current schedule will facilitate effective briefing of the anticipated motion or motions for

13   summary judgment; and

14       WHEREAS the parties agree that in order effectively to present the issues likely to arise in a

15   motion or motions for summary judgment they will need to submit briefs in excess of the 25-page

16   limit for opening and opposition briefs and the 10-page limit for reply briefs set in the Court's

17   Standing Order;

18       IT IS HEREBY STIPULATED by the parties to this action, through their respective

19   attorneys of record, that the page limit for briefs in support of any motions for summary judgment be

20   extended to 50 pages, that the page limit for briefs in opposition to any such motions be extended to

21   35 pages, that the page limit for reply briefs in support of any such motions be extended to 25 pages,

22   and that the following scheduling revisions be adopted by the Court:

| Event | Revised Date |
|---|---|
| Proposed Statements of Undisputed Facts Filed with the Court | February 24, 2006 |
| Motions for Summary Judgment | February 24, 2006 |

US1DOCS 5483645v1

PDF created with pdfFactory trial version www.pdffactory.com

| Oppositions to Motions for Summary Judgment | March 24, 2006 |
| Replies to Motions for Summary Judgment | April 7, 2006 |

Dated:        January 26, 2006        WILMER CUTLER PICKERING
                                       HALE AND DORR LLP
                                       Seth P. Waxman
                                       Randolph D. Moss
                                       Todd Zubler
                                       Brian M. Boynton

                                       BAKER, MANOCK & JENSEN
                                       Robert D. Wilkinson


                                             /s/ Brian M. Boynton
                                       By    _____
                                             Brian M. Boynton

                                       Counsel for Defendant THE CALIFORNIA TABLE
                                       GRAPE COMMISSION


Dated:        January 26, 2006        LAW OFFICES OF BRIAN C. LEIGHTON


                                             /s/ Brian C. Leighton (as authorized 1-25-06)
                                       By    _____
                                             Brian C. Leighton

                                       Counsel for Plaintiffs DELANO FARMS COMPANY,
                                       THE SUSAN NEILL COMPANY, and LUCAS
                                       BROS. PARTNERSHIP


                                       **ORDER**

        IT IS SO ORDERED.


Dated: __Jan. 27, 2006                       /s/ OLIVER W. WANGER_____
        _____
                                             Oliver W. Wanger
                                             United States District Judge

3

US1DOCS 5483645v1

PDF created with pdfFactory trial version www.pdffactory.com