WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                    #222193
2445 M Street, N.W.
Washington, D.C.  20037-1420

BAKER, MANOCK & JENSEN
Robert D. Wilkinson                 #100478
5260 North Palm Avenue, Suite 421
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                   #090907
701 Pollasky Avenue
Clovis, California  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, THE SUSAN NEILL COMPANY, a California corporation, LUCAS BROS. PARTNERSHIP, a California Partnership, <br><br>     Plaintiffs, <br><br>     v. <br><br>THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br>     Defendant. | Case No. CV-F-96-6053 OWW DLB <br><br> STIPULATED REVISION TO SCHEDULE AND PROPOSED ORDER |

WHEREAS on June 22, 2005, the parties to this action submitted a Joint Status Report setting forth a proposed schedule for resumption of the litigation following the Supreme Court's decision in *Johanns v. Livestock Marketing Ass'n*, 125 S. Ct. 2055 (2005);

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on August 26, 2005, the parties submitted a revised joint scheduling proposal, which was adopted by the Court in an order dated August 31, 2005;

WHEREAS the schedule adopted by the Court on August 31, 2005 subsequently has been modified by the Court at the request of the parties;

WHEREAS the current schedule calls for the parties to file statements of stipulated or undisputed facts and motions for summary judgment on February 24, 2006, to file oppositions to motions for summary judgment on March 24, 2006, and to file replies in support of motions for summary judgment on April 7, 2006;

WHEREAS the Commission shared with Plaintiffs its proposed Statement of Undisputed Facts on January 18, 2005, the parties have worked to narrow the factual issues in dispute, and the parties continue to make progress narrowing the disputed factual issues;

WHEREAS professional commitments of counsel for Plaintiffs have made adherence to the current schedule difficult; and

WHEREAS counsel for the parties have conferred and agree that a modification of the current schedule will facilitate further discussions to narrow the factual issues in dispute and will facilitate effective briefing of a motion or motions for summary judgment;

IT IS HEREBY STIPULATED by the parties to this action, through their respective attorneys of record, that the following revisions be adopted by the Court:

| Event | Revised Date |
| --- | --- |
| Statements of Facts Filed with the Court | March 17, 2006 |
| Motions for Summary Judgment Filed | March 17, 2006 |
| Oppositions to Motions for Summary Judgment | April 13, 2006 |
| Replies to Motions for Summary Judgment | May 5, 2006 |

US1DOCS 5508345v1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | February 8, 2006 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Seth P. Waxman<br>Randolph D. Moss<br>Todd Zubler<br>Brian M. Boynton<br><br>BAKER, MANOCK & JENSEN<br>Robert D. Wilkinson<br>Joshua S. Daniels |

By      /s/ Brian M. Boynton
        _____
        Brian M. Boynton

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

Dated:      February 8, 2006            LAW OFFICES OF BRIAN C. LEIGHTON

By      /s/ Brian C. Leighton (as authorized 2-8-06)
        _____
        Brian C. Leighton

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

**ORDER**

IT IS SO ORDERED.

Dated: __February 9, 2006            /s/ OLIVER W. WANGER___
                                     Oliver W. Wanger
                                     United States District Judge

3

US1DOCS 5508345v1

PDF created with pdfFactory trial version www.pdffactory.com