FILED

MAR 20 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, THE SUSAN NEILL COMPANY, a California corporation, LUCAS BROS. PARTNERSHIP, a California Partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>        Defendant. | CASE NO. CV-F-96-6053 OWW DLB<br><br>**ORDER PERMITTING CALIFORNIA TABLE GRAPE COMMISSION TO FILE REPORT AND PORTION OF REPORT UNDER SEAL** |

Upon consideration of the Stipulation and Joint Request for Order Permitting Filing Under Seal filed by the parties, good cause having been shown, the Court hereby authorizes Defendant the California Table Grape Commission to file *under seal* a report entitled "Correspondences Between California Table Grape Commission Promotion Activity and Shipments by Delano Farms Company, Susan Neill Company, and Lucas Brothers Partnership," by Julian M. Alston, Albert A. Acquaye, and Richard J. Sexton, dated May 2004, and a report entitled "Economic Impacts of the Promotion Program Conducted by the California Table Grape Commission," by Julian M. Alston and Richard J. Sexton, dated September 9, 2005, provided that the Commission files a redacted public version of the September 9, 2005 report as well.

**IT IS SO ORDERED**

Dated: 3-15-06

_____
Oliver W. Wanger
United States District Judge

1

USIDOCS 5556345v1