WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                          #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-3642

BAKER, MANOCK & JENSEN
Robert D. Wilkinson                       #100478
5260 North Palm Avenue, Suite 421
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                         #090907
701 Pollasky Avenue
Clovis, California  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, THE SUSAN NEILL COMPANY, a California corporation, LUCAS BROS. PARTNERSHIP, a California Partnership, <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br> Defendant. | Case No. CV-F-96-6053 OWW DLB <br><br> STIPULATED REVISION TO SCHEDULE AND PROPOSED ORDER |

WHEREAS on June 22, 2005, the parties to this action submitted a Joint Status Report setting forth a proposed schedule for resumption of the litigation following the Supreme Court's decision in *Johanns v. Livestock Marketing Ass'n*, 125 S. Ct. 2055 (2005);

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on August 26, 2005, the parties submitted a revised joint scheduling proposal, which was adopted by the Court in an order dated August 31, 2005;

WHEREAS the schedule adopted by the Court on August 31, 2005 subsequently has been modified by the Court at the request of the parties;

WHEREAS the current schedule calls for the parties to file reply briefs in support of their cross-motions for summary judgment on May 5, 2006;

WHEREAS professional commitments of counsel for Defendant have made adherence to the current schedule difficult; and

WHEREAS counsel for Plaintiffs has consented to an extension of the deadline for filing reply briefs in support of the parties' cross-motions for summary judgment until May 11, 2006;

IT IS HEREBY STIPULATED by the parties to this action, through their respective attorneys of record, that the deadline for filing reply briefs in support of their cross-motions for summary judgment be extended to and including May 11, 2006.

Dated:       May 3, 2006          WILMER CUTLER PICKERING
                                  HALE AND DORR LLP
                                  Seth P. Waxman
                                  Randolph D. Moss
                                  Todd Zubler
                                  Brian M. Boynton

                                  BAKER, MANOCK & JENSEN
                                  Robert D. Wilkinson
                                  Joshua S. Daniels


                                          /s/ Brian M. Boynton
                                  By    _____
                                          Brian M. Boynton

                                  Counsel for Defendant THE CALIFORNIA TABLE
                                  GRAPE COMMISSION

2

US1DOCS 5640597v1

PDF created with pdfFactory trial version www.pdffactory.com

Dated:     May 3, 2006               LAW OFFICES OF BRIAN C. LEIGHTON

                                    By   /s/ Brian C. Leighton (as authorized 5-3-06)
                                         _____
                                         Brian C. Leighton

                                    Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

**ORDER**

IT IS SO ORDERED.

Dated: __5/5/06_____          /s/Oliver W. Wanger
       _____
                                     Oliver W. Wanger
                                     United States District Judge

3

US1DOCS 5640597v1

PDF created with pdfFactory trial version www.pdffactory.com