WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Todd Zubler
Brian M. Boynton                 #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-3642

BAKER, MANOCK & JENSEN
Robert D. Wilkinson              #100478
5260 North Palm Avenue, Suite 421
Fresno, California  93704-2209

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton                #090907
701 Pollasky Avenue
Clovis, California  93612

Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, THE SUSAN NEILL COMPANY, a California corporation, LUCAS BROS. PARTNERSHIP, a California Partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>          Defendant. | Case No. CV-F-96-6053 OWW DLB<br><br>STIPULATED REVISION TO SCHEDULE AND PROPOSED ORDER |

WHEREAS on June 22, 2005, the parties to this action submitted a Joint Status Report setting forth a proposed schedule for resumption of the litigation following the Supreme Court's decision in *Johanns v. Livestock Marketing Ass'n*, 125 S. Ct. 2055 (2005);

1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS on August 26, 2005, the parties submitted a revised joint scheduling proposal,
2 which was adopted by the Court in an order dated August 31, 2005;

3    WHEREAS the schedule adopted by the Court on August 31, 2005 subsequently has been
4 modified by the Court at the request of the parties;

5    WHEREAS the current schedule calls for the parties to file reply briefs in support of their
6 cross-motions for summary judgment on May 5, 2006;

7    WHEREAS professional commitments of counsel for Defendant have made adherence to the
8 current schedule difficult; and

9    WHEREAS counsel for Plaintiffs has consented to an extension of the deadline for filing
10 reply briefs in support of the parties' cross-motions for summary judgment until May 11, 2006;

11    IT IS HEREBY STIPULATED by the parties to this action, through their respective
12 attorneys of record, that the deadline for filing reply briefs in support of their cross-motions for
13 summary judgment be extended to and including May 11, 2006.

Dated:     May 3, 2006        WILMER CUTLER PICKERING
                              HALE AND DORR LLP
                              Seth P. Waxman
                              Randolph D. Moss
                              Todd Zubler
                              Brian M. Boynton

                              BAKER, MANOCK & JENSEN
                              Robert D. Wilkinson
                              Joshua S. Daniels


                                     /s/ Brian M. Boynton
                              By   _____
                                   Brian M. Boynton

                              Counsel for Defendant THE CALIFORNIA TABLE
                              GRAPE COMMISSION

2

US1DOCS 5640597v1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: May 3, 2006 | LAW OFFICES OF BRIAN C. LEIGHTON |
| | By  /s/ Brian C. Leighton (as authorized 5-3-06)<br>Brian C. Leighton |
| | Counsel for Plaintiffs DELANO FARMS COMPANY, THE SUSAN NEILL COMPANY, and LUCAS BROS. PARTNERSHIP |

**ORDER**

IT IS SO ORDERED.

Dated: __5/5/06_____        /s/Oliver W. Wanger

                              Oliver W. Wanger
                              United States District Judge

3

US1DOCS 5640597v1

PDF created with pdfFactory trial version www.pdffactory.com