# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**DELANO FARMS COMPANY,**

CASE NO: **1:96–CV–06053–OWW–DLB**

v.

**CALIFORNIA TABLE GRAPE COMMISSION,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 4/16/2008**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 16, 2008**

by: /s/ T. Lundstrom
Deputy Clerk