BRIAN C. LEIGHTON, CA BAR # 090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California  93612
Telephone (559) 297-6190
Facsimile (559) 297-6194
E-mail: kbarker@arrival.net

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### AT FRESNO

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation; THE SUSAN NEILL COMPANY, a California corporation; LUCAS BROS. PARTNERSHIP, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Defendant. | CASE NO. CV-F-96-6053 OWW/DLB<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT Plaintiffs, DELANO FARMS COMPANY, a Washington Corporation, THE SUSAN NEILL COMPANY, a California corporation, and LUCAS BROS. PARTNERSHIP, a California partnership, hereby appeal to t he United States Court of Appeals for the Ninth Circuit, from the final Judgment entered in this action on April 16, 2008.  Said judgment was entered in accordance with the Court's Order of April 16, 2008.

DATED:       May 14, 2008

                                                /S/ BRIAN C. LEIGHTON
                                                BRIAN C. LEIGHTON